UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS MARIE ERICKSON, individually and as Personal Representative of the Estate of Mark Joseph Erickson, and ESTATE OF MARK JOSEPH ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | 4:21-CV-04205-KES<br><br><br>ORDER TO ADMIT NONRESIDENT ATTORNEYS |

Mark Haigh moves to allow nonresident attorneys Heather M. Fields and Sandra G. Ezell to participate in all proceedings in the above case. Docket 19; Docket 20. Good cause appearing, it is

ORDERED that Heather M. Fields and Sandra G. Ezell:

1. Are admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Will within 20 days of this order complete a South Dakota Tax Application with the South Dakota Department of Revenue and thereafter pay all state sales taxes and other applicable taxes pursuant to the laws of the state of South Dakota.

Dated March 3, 2022

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE