UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS MARIE ERICKSON, individually and as Personal Representative of the Estate of Mark Joseph Erickson and ESTATE OF MARK JOSEPH ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | 4:21-CV-04205-KES<br><br><br>ORDER OF DISMISSAL |

The parties jointly move to dismiss this case with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Thus, it is

ORDERED that this case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated April 6, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE