UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS MARIE ERICKSON, individually and as Personal Representative of the Estate of Mark Joseph Erickson and ESTATE OF MARK JOSEPH ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | 4:21-CV-04205-KES<br><br><br>JUDGMENT |

In accordance with the order dismissing this case, it is

ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated April 6, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE